IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD SHERRILL WILKERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-H-2992-E |
| ) | |
| WARDEN MARTHA JORDAN and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

FILED 04 AUG -2 AM 9:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED AUG - 2 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 2nd day of August, 2004.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

